**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1733**

ROBERT W. JOHNSON,

Plaintiff - Appellant,

v.

MARIA L. IMPERIAL; GEICO CORPORATION; STEVEN L. MAURER; MAURER CHIROPRACTIC; JACLYN DAVIS; GEICO INDEMNITY COMPANY; LARISSA DALLARI; WADE STROBLE; WILKES-BARRE IMAGING, LLC; WILKES-BARRE IMAGING; VISION IMAGING OF KINGSTON, LLC; FORD EXPLORER; DR. PAMELA THOMPSON; NORTHERN LIGHTS CHIROPRACTIC; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; GEICO ADVANTAGE INSURANCE COMPANY; GEICO CHOICE INSURANCE COMPANY; GEICO SECURE INSURANCE COMPANY; CASSANDRA JONES; GEICO SPECIAL INVESTIGATORS; DAVIDSON AUTO GROUP; NEW JERSEY FAMILY AUTOMOBILE INSURANCE POLICY; CREDIT ACCEPTANCE CORPORATION; CARFAX; FORD MOTOR COMPANY; EXEM UNITED, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:22-cv-00078-RDA-TCB)

Submitted: December 15, 2022                    Decided: December 19, 2022

Before GREGORY, Chief Judge, and WILKINSON and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Robert W. Johnson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert W. Johnson appeals the district court's order dismissing his civil complaint without prejudice. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Johnson's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*